IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHUONG VAN TRAN, as Administrator of the Estate of Tinh Blake Tran, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-186-MEF |
| JENNIFER NGUYEN, *et al.*, | ) ) | (WO) |
| Defendants. | ) | |

## **FINAL  JUDGMENT**

Pursuant to the Joint Motion to Dismiss Claims against Defendants (Doc. #47) filed by the parties on August 15, 2006 which the court construes to be a stipulation of dismissal, it is

ORDERED and ADJUDGED that the motion is GRANTED and that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 22nd day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE